**SHAPIRO, DICARO & BARAK, LLC**
Attorneys for Wells Fargo Bank, N.A. dba America's
Servicing Company as Servicer for U.S. Bank National
Association, as Trustee, successor in interest to Bank of
America, National Association, as Trustee, successor by
merger to LaSalle Bank National Association, as Trustee
for Morgan Stanley Mortgage Loan Trust 2007-8XS
105 Maxess Road, Suite N109
Melville, NY 11747
Telephone: (631) 844-9611, Fax: (631) 844-9525
**Matthew W. Silverman**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

IN RE                                                                CHAPTER 13

       MARLON PERRY                              CASE NO. 14-44817
       DEBTOR

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned appears as counsel for Wells Fargo Bank, N.A. dba America's Servicing Company as Servicer for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-8XS, a creditor and a party in interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the post office address and telephone and facsimile number set forth below.

Dated: October _8_, 2014

                Respectfully Submitted,

                /s/ Matthew W. Silverman
                Matthew W. Silverman
                Bankruptcy Attorney
                Shapiro, DiCaro & Barak, LLC
                Attorneys for Wells Fargo Bank, N.A. dba America's Servicing
                Company as Servicer for U.S. Bank National Association, as
                Trustee, successor in interest to Bank of America, National
                Association, as Trustee, successor by merger to LaSalle Bank
                National Association, as Trustee for Morgan Stanley Mortgage
                Loan Trust 2007-8XS
                105 Maxess Road, Suite N109
                Melville, NY 11747
                Telephone: (631) 844-9611
                Fax: (631) 844-9525