UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION
IN RE

| | |
|---|---|
| MARLON PERRY | CHAPTER 13 |
| | CASE NO. 14-44817 |
| DEBTOR | |
| | JUDGE: Nancy Hershey Lord |

### AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     )ss:
COUNTY OF MONROE     )

I, Misty Elardo, being sworn, say, I am not a party to this action; I am over 18 years of age, I reside in Rochester, New York.

On October _8th_, 2014 I served the within Notice of Appearance upon:

TO:   Debtor
      Marlon Perry
      1209 East 93rd Street
      Brooklyn, NY 11236

      Debtor Attorney
      Norma E. Ortiz
      Ortiz & Ortiz LLP
      32-72 Steinway Street
      Suite 402
      Astoria, NY 11103

      Trustee
      Marianne DeRosa
      Standing Chapter 13 Trustee
      115 Eileen Way
      Suite 105
      Syosset, NY 11791

the addresses designated by the foregoing individuals for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Misty Elardo
Bankruptcy Assistant

Sworn to before me this
_8_ day of October, 2014

_____
Notary Public

KATRINA BELLIS
Notary Public, State of New York
No. 01BE6128872
Qualified in Monroe County
Commission Expires June 20, 20_17_

13-029466 - BK01