**DGC CAPITAL CONTRACTING CORP.**
MOUNT VERNON, NY 10550

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 75.00 | | | 3306.39 | | | | | | 7-14-14 to 7-27-14 |

**TOTAL PAY**: 3306.39

### DEDUCTIONS THIS PERIOD

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FWH | 306.58 | MED | 46.54 | SOC | 198.97 | NYSDI | 1.20 | NYSWH | 165.16 |
| NYCR | 102.25 | AF-PRE | 97.15 | DIR DP | 1687.22 | GARN | 502.94 | ROTH | 198.38 |

**TOTAL DEDUCTIONS**: 1619.17

### EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

MARLON PERRY
XXX-XX-2981    PERRYM

| | | | |
|---|---|---|---|
| GROSS | 52768.08 | FICA | 3935.51 |
| FWH | 5166.08 | SWH | 2656.25 |
| SDI | 19.20 | | |

**NET PAY**: .00

---

**DGC CAPITAL CONTRACTING CORP.**

506 SOUTH 9th AVENUE • MOUNT VERNON, NY 10550
(914) 667-3919 • (914) 664-7244

**DIRECT DEPOSIT NOTIFICATION**

| DATE | DESCRIPTION | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|---|
| 7-30-2014 | DIR DP | XXXXX5008 | 1687.22 |

NET PAY
TOTAL DEPOSIT     1687.22
CHECK AMOUNT      1687.22
                       .00

**NOT NEGOTIABLE**

**DEPOSITED FOR**
MARLON PERRY
1209 E 93RD STREET
BROOKLYN, NY  11236

**DGC CAPITAL CONTRACTING CORP.**
MOUNT VERNON, NY 10550

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 75.00 | | | 3306.39 | | | | | | 7-28-14 to 8-10-14 |

**TOTAL PAY** 3306.39

### DEDUCTIONS THIS PERIOD

| FWH | 306.58 | MED | 46.53 | SOC | 198.98 | NYSDI | 1.20 | NYSWH | 165.16 |
| NYCR | 102.25 | AF-PRE | 97.15 | DIR DP | 1687.22 | GARN | 502.94 | ROTH | 198.38 |

**TOTAL DEDUCTIONS** 1619.17

### EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

MARLON PERRY
XXX-XX-2981    PERRYM

| GROSS | 56074.47 | FICA | 4181.02 | SDI | 20.40 |
| FWH | 5472.66 | SWH | 2821.41 | | |

**NET PAY** .00

---



**DIRECT DEPOSIT NOTIFICATION**

506 SOUTH 9th AVENUE • MOUNT VERNON, NY 10550
(914) 667-3919 • (914) 664-7244

| DATE | DESCRIPTION | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|---|
| 8-13-2014 | DIR DP | XXXXX5008 | 1687.22 |

NET PAY          1687.22
TOTAL DEPOSIT    1687.22
CHECK AMOUNT         .00

**DEPOSITED FOR**
MARLON PERRY
1209 E 93RD STREET
BROOKLYN, NY  11236

**NOT NEGOTIABLE**

**DGC CAPITAL CONTRACTING CORP.**
MOUNT VERNON, NY 10550

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 75.00 | | | 3306.39 | | | | | | 8-11-14 to 8-24-14 |

TOTAL PAY: 3306.39

### DEDUCTIONS THIS PERIOD

| FWH | 306.58 | MED | 46.53 | SOC | 198.97 | NYSDI | 1.20 | NYSWH | 165.16 |
| NYCR | 102.25 | AF-PRE | 97.15 | DIR DP | 1687.23 | GARN | 502.94 | ROTH | 198.38 |

TOTAL DEDUCTIONS: 1619.16

### EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

MARLON PERRY
XXX-XX-2981   PERRYM

| GROSS | 59380.86 | FICA | 4426.52 | SDI | 21.60 |
| FWH | 5779.24 | SWH | 2986.57 | | |

NET PAY: .00



**DGC CAPITAL CONTRACTING CORP.**
506 SOUTH 9th AVENUE • MOUNT VERNON, NY 10550
(914) 667-3919 • (914) 664-7244

**DIRECT DEPOSIT NOTIFICATION**

| DATE | DESCRIPTION | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|---|
| 8-27-2014 | DIR DP | XXXXX5008 | 1687.23 |

**DEPOSITED FOR**
MARLON PERRY
1209 E 93RD STREET
BROOKLYN, NY 11236

NET PAY
TOTAL DEPOSIT   1687.23
CHECK AMOUNT   1687.23
.00

**NOT NEGOTIABLE**

B67068-0

**DGC CAPITAL CONTRACTING CORP.**
MOUNT VERNON, NY 10550

| HOURS | | RATE | EARNINGS | | | OTHER PAY | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 75.00 | | | 3306.39 | | | | | | 8-25-14 to 9-07-14 |

**TOTAL PAY** 3306.39

### DEDUCTIONS THIS PERIOD

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FWH | 306.58 | MED | 46.54 | SOC | 198.97 | NYSDI | 1.20 | NYSWH | 165.16 |
| NYCR | 102.25 | AF-PRE | 97.15 | DIR DP | 1687.22 | GARN | 502.94 | ROTH | 198.38 |

**TOTAL DEDUCTIONS** 1619.17

### EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

MARLON PERRY
XXX-XX-2981   PERRYM

| GROSS | 62687.25 | FICA | 4672.03 | SDI | 22.80 |
| FWH | 6085.82 | SWH | 3151.73 | | |

**NET PAY** .00



**DIRECT DEPOSIT NOTIFICATION**

506 SOUTH 9th AVENUE • MOUNT VERNON, NY 10550
(914) 667-3919 • (914) 664-7244

| DATE | DESCRIPTION | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|---|
| 9-10-2014 | DIR DP | XXXXX5008 | 1687.22 |

**DEPOSITED FOR**
MARLON PERRY
1209 E 93RD STREET
BROOKLYN, NY  11236

NET PAY
TOTAL DEPOSIT   1687.22
CHECK AMOUNT   1687.22
.00

**NOT NEGOTIABLE**

Case 1-14-44817-nhl    Doc 12    Filed 10/08/14    Entered 10/08/14 17:27:02

MOUNT VERNON, NY 10550

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 75.00 | | | 3306.39 | | | | | | 9-08-14 to 9-21-14 |

TOTAL PAY
3306.39

### DEDUCTIONS THIS PERIOD

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FWH | 306.58 | MED | 46.53 | SOC | 198.97 | NYSDI | 1.20 | NYSWH | 165.16 |
| NYCR | 102.25 | AF-PRE | 97.15 | DIR DP | 1687.23 | GARN | 502.94 | ROTH | 198.38 |

TOTAL DEDUCTIONS
1619.16

NET PAY

| EMPLOYEE INFORMATION | | YEAR-TO-DATE TOTALS | | | |
|---|---|---|---|---|---|
| MARLON PERRY | | GROSS | 65993.64 | FICA | 4917.53 | SDI | 24.00 |
| XXX-XX-2981 | PERRYM | FWH | 6392.40 | SWH | 3316.89 | | .00 |

## DGC CAPITAL
CONTRACTING CORP.
506 SOUTH 9th AVENUE • MOUNT VERNON, NY 10550
(914) 667-3919 • (914) 664-7244

## DIRECT DEPOSIT NOTIFICATION

| DATE | DESCRIPTION | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|---|
| 9-24-2014 | DIR DP | XXXXX5008 | 1687.23 |

**DEPOSITED FOR**
MARLON PERRY
1209 E 93RD STREET
BROOKLYN, NY  11236

NET PAY
TOTAL DEPOSIT    1687.23
CHECK AMOUNT    1687.23
.00

**NOT NEGOTIABLE**

MOUNT VERNON, NY 10550

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 75.00 | | | 3306.39 | | | | | | 9-22-14 to 10-05-14 |

TOTAL PAY

3306.39

### DEDUCTIONS THIS PERIOD

| FWH | 306.58 | MED | 46.54 | SOC | 198.98 | NYSDI | 1.20 | NYSWH | 165.16 |
| NYCR | 102.25 | AF-PRE | 97.15 | DIR DP | 1687.21 | GARN | 502.94 | ROTH | 198.38 |

TOTAL DEDUCTIONS
1619.18

NET PAY

### EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

MARLON PERRY          GROSS   69300.03  FICA   5163.05  SDI   25.20
XXX-XX-2981  PERRYM   FWH      6698.98  SWH    3482.05                .00

**DGE CAPITAL CONTRACTING CORP.**
506 SOUTH 9th AVENUE • MOUNT VERNON, NY 10550
(914) 667-3919 • (914) 664-7244

**DIRECT DEPOSIT NOTIFICATION**

| DATE | DESCRIPTION | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|---|
| 10-08-2014 | DIR DP | XXXXX5008 | 1687.21 |

**DEPOSITED FOR**
MARLON PERRY
1209 E 93RD STREET
BROOKLYN, NY  11236

NET PAY
TOTAL DEPOSIT      1687.21
CHECK AMOUNT       1687.21
                        .00

**NOT NEGOTIABLE**