UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

                                                             CASE NO. 14-44817

MARLON PERRY,

                                                      AMENDED CHAPTER 13 PLAN

                      Debtor.

---------------------------------------------------------x

    1.    The future earnings of the Debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee for a total period of 60 months, the sum of:

        A.    $250.00 from October, 2014, through September, 2019.

    2.    From the payments so received, the trustee shall make disbursements as follows:

        A.    <u>Payment to holders of allowed secured claims</u>.  Such claimants shall retain the liens securing such claims and shall be paid as follows:

**America's Servicing Company**: If the Debtor does not obtain a loan modification, he shall pay mortgage arrears in the amount of $38,387.00 secured by the first mortgage for the real property known as 1209 E 93rd Street, Brooklyn, New York  11236.  The Debtor shall remit post-petition mortgage payments directly to this creditor outside of the plan.

        B.    <u>Payment to holders of priority claims</u>.  Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507(a)(1) and (a)(8), including the Chapter 13 Trustee's commissions,  any claims of the state and federal taxing authorities and as follows:

        **Ortiz & Ortiz, L.L.P.**:  $2,500.00 for legal fees incurred in this case.

C. Subsequent to distribution to the Chapter 13 Trustee and other priority creditors, dividends to unsecured creditors whose claims are duly allowed as follows: Pro rata distribution to all unsecured creditors.

3. The following executory contracts of the debtor are rejected: None.

4. Title to the Debtor's property shall revest in the Debtor on completion of the plan, or dismissal of the case, unless otherwise provided for in the Order confirming this plan.

5. Throughout the term of this plan, the Debtor agrees she (1) will not incur post-petition debt over $1,500.00 without first notifying the Chapter 13 trustee in writing and (2) if unsecured creditors are paid pursuant to paragraph 2(c) less than one hundred percent (100%), the Debtor shall provide the Chapter 13 Trustee with signed copies of her filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt for the life of the plan, however no later than June 15th of the year in which the tax returns are filed.

Dated: November 6, 2014

                                                  */s/Marlon Perry*
                                                  Marlon Perry
                                                  Debtor

*/s/Norma E. Ortiz*
Norma E. Ortiz
Ortiz & Ortiz, L.L.P.
32-72 Steinway Street, Suite 402
Astoria, New York 11103
Tel. (718) 522-1117
Debtor's Counsel