UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

MARLON PERRY,                                                                                        Case No. 14-44817


                                            Debtor.                                                     Chapter 13
-----------------------------------------------------------x

## PRE-CONFIRMATION DECLARATION OF
## COMPLIANCE WITH POST-PETITION OBLIGATIONS

Marlon Perry hereby declares as follows:

1. The below information is being supplied for compliance with the confirmation hearing date of November 19, 2014.

2. I am current with my post-petition obligations to America's Servicing Company for the first mortgage on my home located at 1209 E 93rd Street, Brooklyn, New York 11236 (the "Property"). I am also current on all my utility bills and my Chapter 13 plan payments.

3. Pursuant to 11 U.S.C. § 1328(a), I have a Domestic Support Obligation. Child support payments are directly deducted from my pay checks, so I am current with this obligation.

4. I have filed all applicable Federal, State, and Local tax returns, as required by 11 U.S.C. § 1308.

5. If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Declaration will be filed with the Court prior to any subsequent Confirmation hearing date in the event any information contained in this Certification changes.


      I hereby certify that the foregoing statements made by us are true. We are aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated: Nov. 14, 2014                                                                          _/s/Marlon Perry_____
       Brooklyn, New York                                                               Marlon Perry