UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

MARLON PERRY,                                            Case No. 14-44817

                    Debtor.                              Chapter 13
-----------------------------------------------------------x

## DECLARATION OF CONTRIBUTION

Antoinette Morgan-Perry, being duly sworn, deposes and says that:

1. I make this declaration pursuant to 28 U.S.C. § 1746, entitled "Unsworn Declarations Under Penalty of Perjury".

2. I am the Debtor's wife.

3. My gross bi-monthly salary is $3,178.86 and my net bi-monthly salary is approximately $1632.

4. I am committed to contribute my income towards the household expenses and the Debtor's Chapter 13 plan to make the plan feasible.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
Antoinette Morgan-Perry

Dated: November 17, 2014
       Brooklyn, New York

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| 71D | 100409 | 020203 | | 0000390339 | 1 |

**Earnings Statement** 

CHURCH PENSION GROUP SERVICES CORP
19 EAST 34TH STREET
NEWYORK,NY 10016
COMPANY PH#:212-592-8344

Period Beginning: 09/15/2014
Period Ending: 09/28/2014
Pay Date: 09/25/2014

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  NY: 1
  New York Cit: 1

ANTOINETTE MORGAN-PERRY

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Time | 3178.86 | 63.00 | 3,178.86 | 63,194.44 |
| Vacation | | 7.00 | | |
| Ee/Achievaward | | | | 3,249.36 |
| **Gross Pay** | | | **$3,178.86** | 66,443.80 |

Your federal taxable wages this period are $2,599.18

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Cpg Match | 143.05 | 2,990.06 |
| Deferred Comp | | 6,898.84 |
| Transportation | | 1,040.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 212-592-1800

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -283.42 | 8,906.87 |
| | Social Security Tax | -182.83 | 3,870.90 |
| | Medicare Tax | -42.76 | 905.29 |
| | NY State Income Tax | -133.25 | 2,821.04 |
| | New York Cit Income Tax | -82.46 | 1,751.32 |
| | **Other** | | |
| | Ipln2 | -116.75 | 2,335.00 |
| | Post Tax Transi | -10.00 | 160.00 |
| | Post-Tax Ded. | -32.05 | 576.90 |
| | Pre-Tax Ded. | -165.00* | 2,970.00 |
| | Transit Allow | -65.00* | 1,040.00 |
| | 401K | -349.68* | 6,898.84 |
| | Ippln | | 1,584.60 |
| | Meals | | -50.00 |
| | **Net Pay** | **$1,715.66** | |
| | Checking | -1,715.66 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

CHURCH PENSION GROUP SERVICES CORP
19 EAST 34TH STREET
NEWYORK, NY 10016
COMPANY PH#:212-592-8344

Advice number: 00000390339
Pay date: 09/25/2014

**THIS IS NOT A CHECK**

Deposited to the account of
ANTOINETTE MORGAN-PERRY

| account number | transit ABA | amount |
|---|---|---|
| xxxx9125 | xxxx xxxx | $1,715.66 |

Wells Fargo Bank, N.A.

VOID AFTER 180 DAYS

## NON-NEGOTIABLE