UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re

                                CASE NO. 14-44817

MARLON PERRY,

                                CHAPTER 13

               Debtor.

--------------------------------------------------------x

### DECLARATION OF DEBTOR'S COUNSEL

I, Martha de Jesus, an attorney admitted to the practice of law in the Eastern District of

New York, affirm the following to be true under the penalties of perjury:

1.  I am an associate at Ortiz & Ortiz, LLP, attorneys for Marlon Perry (the "Debtor").

2.  On September 24, 2014, the Debtor filed a petition under Chapter 13 of the

Bankruptcy Code.

3.  The Debtor owns a two-family property located at 1209 East 93rd Street, Brooklyn,

New York 11236 (the "Property").

4.  The first mortgage on the Property is serviced by Wells Fargo Bank, N.A., dba

America's Servicing Company as servicer (the "Servicer") for U.S. Bank National Association,

as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor

by merger to LaSalle Bank National Association as Trustee for Morgan Stanley Mortgage Loan

Trust 2007-8XS.

5.  On November 18, 2014, I contacted the Servicer to confirm the Debtor's post-petition

mortgage payments.  I was informed by an agent of the Servicer that the Debtor made his

October 2014 payment, but that his November 2014 payment has not posted in their system.

6.    The Debtor has informed me that he mailed the November 2014 payment to the

Servicer.

I declare that the foregoing is accurate and true under the penalty of perjury.

Dated: November 18, 2014
        Queens, New York

                                        */s/Martha de Jesus*
                                        Martha de Jesus, Esq.
                                        Ortiz & Ortiz, L.L.P.
                                        32-72 Steinway Street, Ste. 402
                                        Astoria, New York 11103
                                        Attorneys for the Debtor