**SHAPIRO, DICARO & BARAK, LLC**
Attorneys for Wells Fargo Bank, N.A. dba America's Servicing Company as Servicer for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-8XS
175 Mile Crossing Boulevard
Rochester, NY 14624
Telephone: (585) 247-9000, Fax: (585) 247-7380
**Michael J. Chatwin**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| IN RE | CHAPTER 13 |
| MARLON PERRY | CASE NO. 14-44817 |
| DEBTOR | |

### AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                                        )ss:
COUNTY OF MONROE    )

I, Misty Elardo, being sworn, say, I am not a party to this action; I am over 18 years of age, I reside in Rochester, New York.

On November 19, 2014 I served the within Objection to Confirmation upon:

TO:  Debtor
       Marlon Perry
       1209 East 93rd Street
       Brooklyn, NY 11236

       Attorney for Debtor
       Norma E. Ortiz
       Ortiz & Ortiz LLP
       32-72 Steinway Street
       Suite 402
       Astoria, NY 11103

13-029466

Trustee
Marianne DeRosa
Standing Chapter 13 Trustee
115 Eileen Way
Suite 105
Syosset, NY 11791

US Trustee
U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

at the addresses designated by the foregoing individuals for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Misty Elardo
Bankruptcy Assistant

Sworn to before me this
14th day of November, 2014

_____
Sara E. Knapp
Notary Public

SARA E. KNAPP
Notary Public, State of New York
No. 01KN6225085
Qualified in Monroe County
Commission Expires 07/19/2018