GERALD M. SHAPIRO
  LICENSED IN ILLINOIS & FLORIDA
DAVID S. KREISMAN
  LICENSED IN ILLINOIS

SHARI SELTZER BARAK

JOHN D. DELLO-IACONO
MATTHEW W. SILVERMAN
MICHAEL ADAM SAMUELS

Law Offices of

# Shapiro, DiCaro & Barak, LLC

105 Maxess Road
Suite N109
Melville, New York 11747
(631) 844-9611
FAX(631) 844-9525

ROCHESTER OFFICE

JOHN A. DICARO

175 MILE CROSSING BLVD.
ROCHESTER, NY 14624
(585) 247-9000
FAX(585) 247-7380

JAMES R. ADAM        KARL E. KOLKMANN
JOSE ARIAS, JR.      TIFFANY LAMAR
ADAM L. BOJAK        ROBERT M. LEFLAND
ALEXANDER M. BUDD    ROBERT J. MACCLAREN
FRANK M. CASSARA     ROBERT S. MARKEL
MICHAEL J. CHATWIN   ANNA MARTIN
ELIZABETH A. CLARKE  ROBERT M. MCCARTIN
KRISTIN CORSI        ELLIS M. OSTER
BRIDGET M. DEHMLER   LISSA A. PALERMO
JULIE N. DOYLE       V. MELANIE RAJAPHOUMY
AUDREY M. FARBER     JENNIFER RANDO CRISTIANO
SCOTT R. FERRARO     AUSTIN T. SHUFELT
MATTHEW D. HINDIN    BRENT A. SURGEONER
GARY M. KANELLIS     VALERIE SUE WEISS

RALPH J. ESPOSITO
Of Counsel

January 13, 2015

Honorable Nancy Hershey Lord
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

RE: Marlon Perry
    Chapter 13
    Case Number: 14-44817
    SD&B File Number: 13-029466

Dear Judge Lord:

This loss mitigation status letter is submitted on behalf of America's Servicing Company ("ASC") for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-8XS, a secured creditor of the above-referenced Debtor.

On December 23, 2014, Debtor's counsel provided an initial financial package for ASC's review. On January 7, 2015, a letter detailing required missing documents was generated and provided to Debtor's counsel. ASC awaits the requested documents.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

/s/ Matt
Matthew W. Silverman